1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,      )   No. 3-05-70262-JL
                                    )
15 |     Plaintiff,                 )   NOTICE OF DISMISSAL OF
                                    )   COMPLAINT; AND [~~PROPOSED~~]
16 | v.                             )   ORDER
                                    )
17 | Dia LNU, a/k/a John Doe,       )
                                    )
18 |     Defendant.                 )
                                    )
19 |_____ )

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the complaint as to the

22 above defendant without prejudice.

23 DATED: 7/20/05                        Respectfully submitted,

24                                       KEVIN V. RYAN
                                         United States Attorney
25
                                         /s/ Monica Fernandez
26                                       _____
                                         MONICA FERNANDEZ
27                                       Assistant United States Attorney

28

   No. 3-05-70262-JL
   NOTICE OF DISMISSAL OF COMPLAINT;
   AND [PROPOSED] ORDER

1  Leave of Court is granted to the government to dismiss the complaint as to the above defendant
2  without prejudice.
3  IT IS SO ORDERED.
4
5  Date: July 20, 2005
6
            _____
            HON. NANDOR J. VADAS
            United States Magistrate Judge

No. 3-05-70262-JL
NOTICE OF DISMISSAL OF COMPLAINT;
AND [PROPOSED] ORDER                2