```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234

 8  Attorneys for Plaintiff

 9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
14  UNITED STATES OF AMERICA,        )    No. 3-05-70262-JL
                                     )
15        Plaintiff,                 )    NOTICE OF DISMISSAL OF
                                     )    COMPLAINT; AND [PROPOSED]
16     v.                            )    ORDER
                                     )
17  Dia LNU, a/k/a John Doe,         )
                                     )
18        Defendant.                 )
                                     )
19  _____)
```

20    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21 United States Attorney for the Northern District of California dismisses the complaint as to the
22 above defendant without prejudice.

23 DATED: 7/20/05                          Respectfully submitted,

24                                         KEVIN V. RYAN
                                           United States Attorney
25
26                                         /s/ Monica Fernandez
                                           MONICA FERNANDEZ
27                                         Assistant United States Attorney

28

No. 3-05-70262-JL
NOTICE OF DISMISSAL OF COMPLAINT;
AND [PROPOSED] ORDER

1  Leave of Court is granted to the government to dismiss the complaint as to the above defendant
2  without prejudice.
3  IT IS SO ORDERED.

Date: July 20, 2005

HON. NANDOR J. VADAS
United States Magistrate Judge

No. 3-05-70262-JL
NOTICE OF DISMISSAL OF COMPLAINT;
AND [PROPOSED] ORDER                    2